IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | |
|---|---|
| EDWARD K. LOVELESS<br>ADC #130502 | PETITIONER |
| v.  No. 5:06CV00265 JLH/JTR | |
| LARRY NORRIS, Director<br>Arkansas Department of Correction | RESPONDENT |

### ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray and the filed objections. After carefully considering these documents and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Judgment will be entered accordingly. The Court has also reviewed the petitioner's motion for reconsideration regarding order on motion for stay and motion for recusal, and that motion is denied. Document #45.

IT IS THEREFORE ORDERED that the Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (docket entry #2) is DENIED, and this case is DISMISSED, WITH PREJUDICE.

Dated this 17th day of November, 2008.

_____
UNITED STATES DISTRICT JUDGE